UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA AZEVEDO,<br><br>             Plaintiff,<br>v.<br><br>LIVE OAKS SPRINGS RESORT, et al.,<br><br>             Defendants. | Civil No. 06cv533-H(NLS)<br><br>**NOTICE AND ORDER SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

A *telephonic* Settlement Disposition Conference will be held in the above-referenced matter on ***October 20, 2006***, at ***10:00 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge Stormes prior to that time**. Alternatively, the telephonic Settlement Disposition Conference will be taken off calendar if the **original** stipulation for dismissal is delivered to Magistrate Judge Stormes' chambers before the conference.

     **IT IS SO ORDERED**.

DATED: September 15, 2006

                                                     */s/ Nita L. Stormes*
                                                     Hon. Nita L. Stormes
                                                     U.S. Magistrate Judge