UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA AZEVEDO,<br><br>　　　　　　Plaintiff,<br>v.<br>LIVE OAKS SPRINGS RESORT, et al.,<br><br>　　　　　　Defendants. | Civil No. 06cv533-H(NLS)<br><br>**NOTICE AND ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　Based on this Court's Order of September 15, 2006, a telephonic Settlement Disposition Conference was scheduled to be held in the above-referenced matter on ***October 20, 2006***, at ***10:00 a.m.*** before Magistrate Judge Stormes.  Plaintiff's counsel was ordered to initiate the conference call, however, counsel for neither party contacted chambers at the ordered time, nor has counsel for either party contacted chambers to be excused from appearance or request a continuance.  Therefore, an ***in-person*** Settlement Disposition Conference will be held in the above-referenced matter on ***November 9, 2006***, at ***11:00 a.m.*** before Magistrate Judge Stormes.

///
///
///
///
///
///

1  The Settlement Disposition Conference will be taken off calendar if a signed stipulation for
2 dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of
3 Magistrate Judge Stormes prior to that time.  Alternatively, the Settlement Disposition Conference will
4 be taken off calendar if the **original** stipulation for dismissal is delivered to Magistrate Judge Stormes'
5 chambers before the conference.

6  **IT IS SO ORDERED.**

7 DATED:  October 24, 2006

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court