1 | **PINNOCK & WAKEFIELD**
A Professional Coroporation
2 | Theodore A. Pinnock, Esq.    Bar #: 153434
David C. Wakefield, Esq.    Bar #: 185736
3 | Michelle L. Wakefield, Esq.   Bar #: 200424
3033 Fifth Avenue, Suite 410
4 | San Diego, CA 92103
Phone: (619) 858-3671
5 | Fax:  (619) 858-3646

6 | Attorneys for Plaintiffs

```
                    FILED
              2006 OCT 25  AM 8:42
              CLERK US DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA

             BY_____RM_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF TANIA AZEVEDO AND ITS MEMBERS; and TANIA AZEVEDO, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE OAKS SPRINGS RESORT; LIVE OAK MANAGEMENT CORP; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 06CV0533 H (NLS)<br><br>JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

1  IT IS HEREBY JOINTLY STIPULATED by and between Plaintiffs, on the one hand,
2  through their respective attorneys of record, and Defendants, on the other hand, that pursuant to
3  Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with
4  prejudice of all Defendants from Plaintiffs' Complaint, Case Number 06CV0533 H (NLS).
5  Additionally, Plaintiffs requests that Plaintiffs' Complaint be dismissed with prejudice in its
6  entirety.

IT IS SO STIPULATED.

Dated: 10-23-06

PINNOCK & WAKEFIELD, A.P.C.

By: _____
Theodore A. Pinnock, Esq.
Attorney for Plaintiffs

Dated: 10-23-2006

PINNOCK & WAKEFIELD, A.P.C.

By: _____
Nazar Najor
On Behalf of LIVE OAK SPRINGS MANAGEMENT, CORP.
Pro Per

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.

IT IS HEREBY ORDERED that all Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06CV0533 H (NLS). Additionally, Plaintiffs' Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: 10/25/06

_____
JUDGE MARILYN L. HUFF
U.S. DISTRICT COURT JUDGE